FILED
2011 Nov-22  AM 09:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION**

| | |
|---|---|
| **WILLIAM M. SPEARMAN, individually and as Trustee of the Spearman Family Trust; and YOUNG-RANG SPEARMAN,** ) ) ) ) | |
| **Plaintiffs,** ) | |
| **v.** ) | **CIVIL ACTION NO: _____** |
| **WYNDHAM VACATION RESORTS, INC; WYNDHAM VACATION OWNERSHIP; and RESORT CONDOMINIUMS INTERNATIONAL, LLC,** ) ) ) ) ) | |
| **Defendants.** ) | |

**COMPLAINT**

COME NOW William M. Spearman, individually and as Trustee for the Spearman Family Trust, and Young-Rang Spearman(hereinafter referred to as "Plaintiffs"), and for their Complaint against Wyndham Vacation Resorts, Inc. and Wyndham Vacation Ownership (hereinafter referred to jointly as "Wyndham") and Resort Condominiums International, LLC say as follows:

**PARTIES**

1.     Plaintiff William M. Spearman is a resident citizen of the State of Alabama.

2.     Plaintiff Young-Rang Spearman is a resident citizen of the State of Alabama.

3.     Defendant Wyndham Vacation Resorts, Inc. is a Delaware corporation with its principal place of business in the State of Florida.

4.     Defendant Wyndham Vacation Ownership is a corporation incorporated in a state other than Alabama with its principal place of business in the State of Florida.

5.     Defendant Resort Condominiums International, LLC ("RCI") is a corporation incorporated in a state other than Alabama with its principal place of business in the State of Florida.

## JURISDICTION AND VENUE

6.     This Court has jurisdiction over this Complaint pursuant to 28 U.S.C. § 1332, as the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity of citizenship between the Plaintiffs and the Defendants.

7.     Venue is proper in this Court because the Defendants do business here.

## FACTS

8.     Wyndham Vacation Resorts is part of Wyndham Vacation Ownership, the world's largest timeshare company.

9.     Wyndham Vacation Resorts markets, sells and finances vacation ownership interests, provides property management services to property owners' associations, and develops vacation ownership resorts.

10.     Wyndham Vacation Ownership, a member of Wyndham Worldwide's family of companies, is the world's largest vacation ownership business, as measured by the number of vacation ownership resorts, individual vacation ownership units and owners of vacation ownership interests.

11.     Wyndham Vacation Ownership develops, markets and sells vacation ownership interests and provides consumer financing to owners through its three primary consumer brands: Wyndham Vacation Resorts, WorldMark by Wyndham, and Wyndham Vacation Resorts Asia Pacific.

12.     RCI is a clearing house for the exchange of timeshares which are not in the Wyndham program.  The merger of RCI and Wyndham opened the door for millions of RCI members to reserve space at and use Wyndham's network of resorts.

13.     The Plaintiffs own approximately 15 million points and are some of the largest Wyndham point holders in the world.   Plaintiffs, with the knowledge, expectation and encouragement from the Defendants, use their points personally and for financial gain.  As set forth more particularly below, after encouraging and inducing Plaintiffs to purchase this large number of points, the Defendants have now systematically eliminated promised benefits which have directly impacted Plaintiffs' use to their detriment.

14.     As of January 1, 2009, Wyndham Vacation Ownership had developed or acquired approximately 150 vacation ownership resorts throughout the United States, Canada, Mexico, the Caribbean and the South Pacific that represent approximately 20,000 individual vacation ownership units and more than 830,000 owners of vacation ownership interests.

15.     All Wyndham timeshare owners are automatically enrolled in and pay a monthly fee to participate in the FairSharePlus Program (the "Program"), a points-based reservation and resort management system which Wyndham uses to centrally operate its network of resorts and to allocate accommodations among its owner/members.

16.     The Program was created by Wyndham with the establishment of the FairShare Vacation Plan Use Management Trust (the "Trust") by the execution of the FairShare Vacation Plan Use Management Trust Agreement dated as of June 26, 1991, as amended by the Amended and Restated FairShare Vacation Use Management Trust Agreement dated as of January 1, 1996, and the Second Amended and Restated FairShare Vacation Plan Use Management Trust Agreement dated March 14, 2008 (the "Trust Agreement").  The Trustee of the Trust is the

FairShare Vacation Owners Association (the "Association") and the Program is managed and offered by Wyndham.

17.      While the Trust and the Association have no legal or beneficial interest in Wyndham, the officers and directors of the Association also serve as officers of Wyndham and various Wyndham subsidiaries.  Wyndham, or a wholly owned subsidiary, is the developer and seller of various vacation ownership interests eligible for the Program.  Wyndham is the Plan Manager of the Program.  Wyndham and affiliates or subsidiaries of Wyndham are managing agents for many of the units in the Program.

18.      All persons who own vacation ownership interests ("Members") receive a symbolic point allocation based upon their ownership interest.  These points are renewed annually or biennially for alternate year ownership, and are used to reserve accommodations assigned to the Trust through a reservation system owned and maintained by Wyndham.  The Program is governed by the Trust Agreement and is managed by Wyndham.

19.      When a Member buys their timeshare from Wyndham they receive a deed for the portion of the property they purchased.  The value of their ownership, however, is represented by points.  The more timeshare interests one buys the more points that are allocated to their account. The points allocated to one's account can be used to book a reservation at any Wyndham resort.

20.      There are Wyndham developed timeshare plans in which interests are assigned to the Trust by the Member, and there are Wyndham developed timeshare plans in which interests are assigned to the Trust by Wyndham.

21.      Wyndham owns and operates the reservation system.  Reservations are made by calling Wyndham at the number listed in the Directory or through Wyndham's website.

22.     The FairSharePlus VIP Program ("VIP Program") and its accompanying benefits are offered by Wyndham to eligible FairShare Plus and Presidential Reserve members who have achieved certain eligibility criteria.

23.     The Defendants engage in a variety of deceptive sales tactics.  These deceptive tactics are used company-wide with the knowledge, endorsement and encouragement of senior management.  These deceptive tactics are all part of Defendants' corporate philosophy: **MAKE THE SALE AT ANY COST**.  This corporate philosophy is pervasive and drives the need for the use of these deceitful tactics.

24.     A sales tool that has long been used to entice owners to a higher level of ownership, thus creating ongoing sales to existing owners, is the VIP Program.  The VIP Program has three levels, VIP, VIP Gold and VIP Platinum.  Each level offers significant benefits not available at the level below, enticing owners to purchase up to the next level of ownership.

25.     Wyndham is abusing this Program to advance its own commercial interests over those of the Plaintiffs.  Wyndham has made an array of self-serving changes to the Program which have significantly diluted and devalued the property interests of Plaintiffs and other owners and have placedsevere impediments on Plaintiffs' ability to actually use the vacation interests they own.  These changes, along with several new Wyndham marketing and sales programs, have unlawfully diluted and devalued Plaintiffs' ownership interests in violation of Wyndham's fiduciary duties and contracts.

26.     Unbeknownst to the Plaintiffs and to other large pointholders, Wyndham internally undertook a "Mega Renter Project" to (a) identify large pointholders who rented a substantial amount of their points who became known as "Mega Renters;" (b) analyze the

financial impact these Mega Renters had on Wyndham; and (c) create and implement policies and procedures to restrict and ultimately eliminate these Mega Renters and thereby eliminate the negative financial impact on Wyndham.  This "Mega Renter Project" and Wyndham's intentions to restrict and eliminate benefits to Mega Renters were concealed from the Plaintiffs and other Mega Renters.

27.     Wyndham has "systematically eliminated" VIP benefits on which Plaintiffs and other owners were sold.  For example, a benefit promised to VIP Platinum owners has been unlimited free guest certificates.  Rather than paying the customary fee of $25 to add a guest's name onto a reservation, a VIP Platinum owner received an unlimited number of these certificates free.  Now, VIP Platinum owners no longer receive an unlimited number of free certificates.  Instead they receive 15 per million points owned and following use of the allotted certificates have to pay a fee of $129.  If an owner logs into Wyndham's website they may enter their guests name and receive a guest certificate at the reduced rate of $99 per certificate.  Many two to seven night reservations require two and sometimes three $129 and/or $99 certificate fees.

28.     In addition, it has long been the "right" of every owner to sell or transfer his or her points to another owner if, for some reason, they were not going to be able to use them before they expired at year end, provided each owner's account is in good standing.  This provision has proven to be very much appreciated by owners as it allows an owner who would otherwise lose the value of their unused vacation ownership to at least receive some compensation from another owner who may be able to put the points to use.  Wyndham has now eliminated this right.

29.     The Personal Interval Choice ("PIC") program is offered by Wyndham to eligible Members of the Program making a new Wyndham purchase and who own a qualified interest at

6

a resort that is not affiliated with the FairSharePlus Program system.  Participants in the PIC Plus program have the opportunity to assign, on an annual basis, their qualified (non-Wyndham) interest for FairShare Plus points.

30.     Furthermore, the Wyndham reservations system simply cannot handle the volume of bookings and often rooms are not available to owners.  The Wyndham departments that handle deed and titling and fixed week conversions cannot handle the volume of purchases. Wyndham is behind on fixed week conversions and cannot adequately handle all the bookings, customer satisfaction points and other documentation required under the Program.

31.     The merger of Wyndham and RCI's points programs made it increasingly difficult, and in many instances impossible, for owners to reserve space at their home resorts.

32.     RCI is not capable of handling the administration of these programs resulting in substantial mistakes and errors which caused Plaintiffs to lose substantial benefits.

33.     Defendants made representations to the Plaintiffs before and after each sale about the benefits Plaintiffs could expect, including but not limited to, VIP benefits for guests, unlimited free guest certificates for VIP Platinum members, VIP status on resale, favorable cancellation policies, advantages of PIC system(and ease of yearly selection and crediting of "pic" points) and ability to transfer points to other owners.  Defendants continued to reassure Plaintiffs that they would be able to continue renting and that Defendants were looking out for their best interest.

34.     As Defendants began to make changes in benefits, they continually assured Plaintiffs that these changes could be avoided by simply buying more points and advancing to the next VIP level.  When changes were made, they were sometimes rescinded or not enforced, leaving the Plaintiffs not knowing what the true rules were or what was to come.

35.     Plaintiffs relied on these representations in agreeing to make these purchases and these representations induced Plaintiffs into making said purchases.

36.     These representations turned out to be false and Defendants had a systematic scheme to reduce and/or eliminate these benefits to the detriment of Plaintiffs.

37.     By taking advantage of Plaintiffs in the manner alleged in this Complaint, Defendants have breached their fiduciary duties and contractual obligations and have been unjustly enriched at the expense of the Plaintiffs.  Plaintiffs seek, among other things, rescission, restitution, and damages from Defendants and pray for such other equitable relief as may be proper, including, but not limited to, injunctive relief, an accounting and imposition of a constructive trust, punitive damages and reformation of all of Wyndham's timeshare contracts, program materials, plan materials, and master deeds.

38.     Defendants have previously been accused of deceptive sales tactics.  In October 2003, the California Attorney General and the District Attorney for the County of San Mateo sued Wyndham in the Superior Court in San Mateo County (*The People of the State of California v. Trendwest Resorts, Inc.,* CIV43529).  The complaint, filed on behalf of the People of the State of California, alleged that Wyndham engaged in the unauthorized sale of goods, products and services in California, that Wyndham made material misrepresentations in the marketing of its products and services, and that Wyndham engaged in unfair and unlawful sales practices.

39.     Specifically, the complaint alleged that Wyndham made material misrepresentations to lure consumers to attend WorldMark (an affiliated brand used by Wyndham Vacation Ownership) sales presentations, that during those sales presentations, Wyndham materially misrepresented the nature, value, terms and conditions of WolrdMark

membership, that Wyndham failed to disclose that consumers had a right to cancel their contract, and that Wyndham engaged in coercive sales tactics.  The complaint alleged violations of §§ 17200 and 17500 of the California Business and Professions Code.

40.    Simultaneous with the filing of the complaint, Wyndham consented to the entry of a Final Judgment and Permanent Injunction.  The Final Judgment permanently enjoins Wyndham from engaging in any of the practices and acts alleged in the complaint and summarized above.  Wyndham also paid $1.475 million to the Office of the Attorney General and the San Mateo County District Attorney's office.

41.    As the foregoing allegations illustrate, Plaintiffs have been kept in the dark about the concerted efforts, acts and practices of Defendants.  In particular, Defendants have continued to suppress and conceal their true intentions to eliminate mega renters and the Mega Renter Project.  Additionally, existing Wyndham owners, like Plaintiffs, have no way of learning about any new promotional programs Wyndham or its affiliates may be using, as these programs are not advertised and typically are employed by Wyndham only in face-to-face sales presentations with new, prospective customers.  Finally, as described herein, Defendants' business practices, including all sorts of agreements and cross-agreements with affiliated companies, and its corporate structure, which embodies dozens of interrelated subsidiaries, trusts, non-profit associations, etc., make Defendants' sales transactions extremely opaque.

**COUNT I**
**(Fraud)**

42.    Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

43.     Defendants made material representations to the Plaintiffs regarding renting, benefits and their capabilities to administer services under the Program, including but not limited to the following:

| **Date-Person Making Rep-Person Being Told** | **Representation** |
| --- | --- |
| **7/3/2003 – Sevierville, TN** (face-to-face) <br> --"Larry" and Kirk Whaley (Sales) <br> **9/4/2003-2004 – Glade, TN** (face-to-face & telephonic) <br> --Stanford Bank, Butch Gunner, & Patrick Buck (Sales) <br> **3/19/2005 – Daytona Beach, FL** (face-to-face) <br> --Joshua S. Bagamery & Denny Weaver (Sales) <br> --Accompanied by Young-Rang Spearman <br> **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic) <br> --John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales) <br> --Accompanied by Young-Rang Spearman during face-to-face meetings <br> **May 2005 – Orlando, FL** (face-to-face) <br> --Ron Karran (Sales) <br> --Accompanied by Young-Rang Spearman <br> **May/June 2005 – Pagosa Springs, CO** (face-to-face) <br> --Tom Aiello, Neil Gundelach, & Robert Weidman (Sales) <br> **2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic) <br> --Fred W. Clark, Jr & Phillip Malone (Sales) <br> --Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings <br> **June 2005 – Las Vegas, NV** (face-to-face & telephonic) <br> --Rickie J. Poyner (Sales) <br> --Accompanied by Young-Rang Spearman during face-to-face meetings <br> **Sep 2005 – Pompano Beach, FL** (face-to-face) <br> --Milton Henry & Moka McGee (Sales) <br> **Apr 2007 – Waikiki Beach, HI** (face-to-face) <br> --William P. Groten (Sales) <br> --Accompanied by Young-Rang Spearman <br> **2003-2007 – Various Locations** (face-to-face) <br> --Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | **Encouraged to purchase more points to increase ownership benefits and rent out excess points through the creation of a rental business. The more points purchased the more profit that can be made.** |
| **7/3/2003 – Sevierville, TN** (face-to-face) <br> --"Larry" and Kirk Whaley (Sales) <br> **9/4/2003-2004 – Glade, TN** (face-to-face & telephonic) <br> --Stanford Bank, Butch Gunner, & Patrick Buck (Sales) <br> **2004-2011 – Orlando, FL** (face-to-face, email, & telephonic) | **VIP owners receive 25% point discounts and free unit upgrades 30 days before check-in for owners, their guests and rental guests. Gold VIP owners receive 35% point discount at 45 days before check-in for owners,** |

| | |
|---|---|
| --Barbara O'Donnel, Owner Relations Vice President | their guests and rental guests.  VIP owners receive 50% point discounts and free unit upgrades 60 days before check-in for owners, their guests and rental guests. |
| **3/19/2005 – Daytona Beach, FL** (face-to-face) | |
| --Joshua S. Bagamery & Denny Weaver (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic) | |
| --John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **May 2005 – Orlando, FL** (face-to-face) | |
| --Ron Karran (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **May/June 2005 – Pagosa Springs, CO** (face-to-face) | |
| --Tom Aiello, Neil Gundelach, & Robert Weidman (Sales) | |
| **2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic) | |
| --Fred W. Clark, Jr & Phillip Malone (Sales) | |
| --Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings | |
| **June 2005 – Las Vegas, NV** (face-to-face & telephonic) | |
| --Rickie J. Poyner (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **Sep 2005 – Pompano Beach, FL** (face-to-face) | |
| --Milton Henry & Moka McGee (Sales) | |
| **2006-2011 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --Deanne Gabel – FairShare Plan Manager and Sr. Vice President | |
| **Apr 2007 – Waikiki Beach, HI** (face-to-face) | |
| --William P. Groten (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **2008-2011 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --Shelly Griessel – FairShare Plan Manager and Sr. Vice President | |
| **2003-2007 – Various Locations** (face-to-face) | |
| --Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales) | VIP owners can upgrade to the largest unit available from the smallest unit available. |
| **9/4/2003-2004 – Glade, TN** (face-to-face & telephonic) | |
| --Stanford Bank, Butch Gunner, & Patrick Buck (Sales) | |
| **3/19/2005 – Daytona Beach, FL** (face-to-face) | |
| --Joshua S. Bagamery & Denny Weaver (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic) | |
| --John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |

| | |
|---|---|
| **May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**2004-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Barbara O'Donnel, Owner Relations Vice President<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales) | **All levels of VIP membership receive unlimited free housekeeping credits, unlimited free guest certificates and increased Ambassador Rewards.** |

| | |
|---|---|
| **2006-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Deanne Gabel – FairShare Plan Manager and Sr. Vice President<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2008-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Shelly Griessel – FairShare Plan Manager and Sr. Vice President<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **5/11/2006 – Las Vegas, NV** (face-to-face)<br>--David Pontius – FairShare Plan Manager and Sr. Vice President<br>--Accompanied by Deanne Gabel, Young-Rang Spearman and Roy Spearman during face-to-face meeting<br>**2006-2011 – Las Vegas, NV** (face-to-face, email, & telephonic)<br>--Deanne Gabel – FairShare Plan Manager and Sr. Vice President<br>--Numerous one-on-one meetings, but was also accompanied by David Pontius, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006<br>**5/30/2006**<br>-- Email from Deanne Gabel | **Specifically assured that Wyndham was trying to protect my business and my ability to rent condos and not adversely affect my business model or profit margin.  No changes would be made to the FairShare program to in any way limit an owner's right to rent condos.** |
| **2005-2006 – Margate, FL** (face-to-face, email, & telephonic)<br>--Jose Izquierdo – Margate Call Center Director<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**2005-2008 – Florida** (face-to-face, email, & telephonic)<br>--Lee Pinkerton, Call Center Vice President<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**2006-2007 – Orlando, FL** (face-to-face, email, & telephonic)<br>--David Pontius – FairShare Plan Manager and Sr. Vice President<br>--Accompanied by Deanne Gabel, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006<br>**2006-2010 – Margate, FL** (face-to-face, email, & telephonic)<br>--Dyan Murphy, Assistant to the Margate Call Center Director<br>**2006-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Deanne Gabel – FairShare Plan Manager and Sr. Vice President<br>--Numerous one-on-one meetings, but was also accompanied by David Pontius, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006<br>**2007-2010 – Margate, FL** (face-to-face, email, & telephonic)<br>--Dennis Manning, Call Center Director | **Advised that my suspicion of Wyndham trying to limit my ability to rent condos was totally unfounded. Every owner was being treated the same and there was no effort to target owners who are renting.** |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales) | **Ambassador Rewards program is an excellent way to earn extra cash** |

| | |
|---|---|
| **9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**2004-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Barbara O'Donnel, Owner Relations Vice President<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**2005-2007 – Daytona Beach, FL** (face-to-face, email, & telephonic)<br>--Tammy Tellier (Referrals)<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face, email & telephonic)<br>--Tracy Larson (Referrals)<br>**2005-2006 – Pompano Beach, FL** (face-to-face, email, & telephonic)<br>--Jennifer Hansell (Referrals)<br>**2005-2006 – Las Vegas, NV** (email & telephonic)<br>--Terri Barajas (Referrals<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | **rewards and pay all of your maintenance fees.** |
| **2005-2006 – Margate, FL** (face-to-face, email, & telephonic) | **Wyndham must adhere to the same rules as all owners in obtaining rental** |

| | |
|---|---|
| --Jose Izquierdo – Margate Call Center Director<br><br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br><br>**2005-2006 – Las Vegas, NV** (face-to-face, email, & telephonic)<br><br>--Louie Blanc, Western/Pacific District Vice President<br><br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br><br>**2005-2008 – Florida** (face-to-face, email, & telephonic)<br><br>--Lee Pinkerton, Call Center Vice President<br><br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br><br>**2006-2007 – Orlando, FL** (face-to-face, email, & telephonic)<br><br>--David Pontius – FairShare Plan Manager and Sr. Vice President<br><br>--Accompanied by Deanne Gabel, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006<br><br>**2006-2007 – Orlando, FL** (telephonic)<br><br>--Richard Jackson, Extra Holidays Vice President<br><br>**2006-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br><br>--Deanne Gabel – FairShare Plan Manager and Sr. Vice President<br><br>--Numerous one-on-one meetings, but was also accompanied by David Pontius, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006<br><br>**2007-2010 – Margate, FL** (face-to-face, email, & telephonic)<br><br>--Dennis Manning, Call Center Director | inventory for their Extra Holidays program and has no priority over other owners in selecting prime units for rental. |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br><br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br><br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br><br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br><br>--Joshua S. Bagamery & Denny Weaver (Sales)<br><br>--Accompanied by Young-Rang Spearman<br><br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br><br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br><br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br><br>**May 2005 – Orlando, FL** (face-to-face)<br><br>--Ron Karran (Sales)<br><br>--Accompanied by Young-Rang Spearman<br><br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br><br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br><br>**2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic)<br><br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br><br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br><br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br><br>--Rickie J. Poyner (Sales) | PIC and fixed weeks will be converted to points and receive same level of VIP benefits as overall account.  Exchanging deposited RCI weeks in the PIC program is simple and points are available for immediate use. |

| | |
|---|---|
| --Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **2003-2005 – Orlando, FL** (telephonic)<br>--Suzanne Clark, FairShare Plan Manager and Sr. Vice President<br>**2004-2005 – Margate, FL** (email and telephonic)<br>--Ryan Cornelius, Owner Relations Lead Counselor<br>**2004-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Barbara O'Donnel, Owner Relations Vice President<br>**2004-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Carmen Gibson, Assistant to FairShare Plan Manager<br>**5/5/2005 – Orlando, FL** (face-to-face)<br>--Mary Mahoney – FairShare Plan Manager and Sr. Vice President<br>**2005 – Florida** (email and telephonic)<br>--Brenda McGrew, Owner Relations Manager<br>**2005 – Orlando, FL** (email and telephonic)<br>--Dave Ryan, Owner Services Director<br>**2005 – Florida** (email and telephonic)<br>--Karen Rice, Owner Relations Executive Counselor<br>**2005-2006 – Margate, FL** (face-to-face, email, & telephonic)<br>--Jose Izquierdo – Margate Call Center Director<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**2005-2006 – Florida** (email & telephonic)<br>--Kasey Clements, Owner Relations<br>**2005-2006 – Las Vegas, NV** (face-to-face, email, & telephonic)<br>--Louie Blanc, Western/Pacific District Vice President<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**2005-2008 – Florida** (email & telephonic)<br>--Elaine Havock, Owner Services Lead Specialist<br>**2005-2008 – Florida** (face-to-face, email, & telephonic)<br>--Lee Pinkerton, Call Center Vice President<br>--Accompanied by Young-Rang Spearman during face-to-face meeting<br>**2005-2008 – Margate, FL** (face-to-face, email, & telephonic)<br>--Linda Gutierrez, Assistant Director of Margate Call Center<br>**2005-2010 – Florida** (email & telephonic) | **Consistently told by Wyndham that they were addressing Plaintiff's concerns which sometimes occurred but often got: extensive failures to take action, provide meaningful or correct answers, provide audit trails, provide follow-up, provide timely responses, provide any responses, provide fixes or solutions in multitudinal face-to-face, phone and email representations.** |

| | |
|---|---|
| --Andres Mosquera, Owner Relations Supervisor | |
| **2006 – Florida** (email & telephonic) | |
| --Sonya Wilson, Owner Relations | |
| **2006-2007 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --David Pontius – FairShare Plan Manager and Sr. Vice President | |
| --Accompanied by Deanne Gabel, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006 | |
| **2006-2007 – Orlando, FL** (telephonic) | |
| --Richard Jackson, Extra Holidays Vice President | |
| **2006-2008 – Margate, FL** (face-to-face, email, & telephonic) | |
| --Lucy Kovacs, Owner Relations | |
| **2006-2008 – Redmond, WA** (face-to-face, email, & telephonic) | |
| --Sherry Carter, Redmond Call Center Director | |
| **2006-2010 – Margate, FL** (face-to-face, email, & telephonic) | |
| --Dyan Murphy, Assistant to the Margate Call Center Director | |
| **2006-2011 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --Deanne Gabel – FairShare Plan Manager and Sr. Vice President | |
| --Numerous one-on-one meetings, but was also accompanied by David Pontius, Young-Rang Spearman and Roy Spearman during face-to-face meeting in Las Vegas, NV on 5/11/2006 | |
| **2007-2008 – Orlando, FL** (email & telephonic) | |
| --Cathy Wood, Orlando Owner Care Specialist | |
| **2007-2009 – Las Vegas, NV** (email & telephonic) | |
| --Teresa Locascio, Wyndham Research Department | |
| **2007-2010 – Margate, FL** (face-to-face, email, & telephonic) | |
| --Dennis Manning, Call Center Director | |
| **2008-2009 – Orlando, FL** (email & telephonic) | |
| --Alicia Dickson, Owner Care Representative | |
| **2008-2009 – Margate, FL** (email & telephonic) | |
| --Astrid Figueroa, Call Center Supervisor | |
| **2008-2011 – Orlando, FL** (email & telephonic) | |
| --Alex Deborja – Research Team Lead | |
| **2008-2011 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --Shelly Griessel – FairShare Plan Manager and Sr. Vice President | |
| **2011 – Orlando, FL** (face-to-face, email, & telephonic) | |
| --Christopher Churchill, Asst to Deanne Gabel | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face) | **VIP benefits will never be taken away. Verbiage in the sales contract that states the VIP program is subject to change means it will only change for the better, increasing benefits. Historical chart shown where benefits were added over the years to support** |

| | |
|---|---|
| --Joshua S. Bagamery & Denny Weaver (Sales) | this claim. |
| --Accompanied by Young-Rang Spearman | |
| **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic) | |
| --John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **May 2005 – Orlando, FL** (face-to-face) | |
| --Ron Karran (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **May/June 2005 – Pagosa Springs, CO** (face-to-face) | |
| --Tom Aiello, Neil Gundelach, & Robert Weidman (Sales) | |
| **2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic) | |
| --Fred W. Clark, Jr & Phillip Malone (Sales) | |
| --Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings | |
| **June 2005 – Las Vegas, NV** (face-to-face & telephonic) | |
| --Rickie J. Poyner (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **Sep 2005 – Pompano Beach, FL** (face-to-face) | |
| --Milton Henry & Moka McGee (Sales) | |
| **Apr 2007 – Waikiki Beach, HI** (face-to-face) | |
| --William P. Groten (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **2003-2007 – Various Locations** (face-to-face) | |
| --Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face) | **Any contracts purchased from resale market would have full Platinum benefits when added to an existing Platinum membership.** |
| --"Larry" and Kirk Whaley (Sales) | |
| **9/4/2003-2004 – Glade, TN** (face-to-face & telephonic) | |
| --Stanford Bank, Butch Gunner, & Patrick Buck (Sales) | |
| **3/19/2005 – Daytona Beach, FL** (face-to-face) | |
| --Joshua S. Bagamery & Denny Weaver (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic) | |
| --John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **May 2005 – Orlando, FL** (face-to-face) | |
| --Ron Karran (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **May/June 2005 – Pagosa Springs, CO** (face-to-face) | |
| --Tom Aiello, Neil Gundelach, & Robert Weidman (Sales) | |
| **2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic) | |

| | |
|---|---|
| --Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman | **A new Diamond VIP level was being planned that will give increased benefits and Platinum owners who own a certain quantity of points would be grand-fathered into the new program.** |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**2004-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Barbara O'Donnel, Owner Relations Vice President<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales) | **Any owner can transfer points to another owner.** |

| | |
|---|---|
| --Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**2006-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Deanne Gabel – FairShare Plan Manager and Sr. Vice President<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2008-2011 – Orlando, FL** (face-to-face, email, & telephonic)<br>--Shelly Griessel – FairShare Plan Manager and Sr. Vice President<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings | **Purchasing to VIP Platinum level is the best way to maximize your purchase even if you can not use that much vacation time, because it is easy to transfer your points to another owner and there are plenty of owners who rent condos who will reimburse your maintenance fees for your excess points each year.** |

| | |
|---|---|
| **June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | **Owners can transfer points** |

| | |
|---|---|
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | **VIP levels transfer to a new owner upon sale of entire Wyndham account.** |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face) | **Assured that maintenance fees would not be raised beyond normal cost of living increases.** |

| | |
|---|---|
| --Ron Karran (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **May/June 2005 – Pagosa Springs, CO** (face-to-face) | |
| --Tom Aiello, Neil Gundelach, & Robert Weidman (Sales) | |
| **2/16/2006-8/2006 – Glade, TN** (face-to face & telephonic) | |
| --Fred W. Clark, Jr & Phillip Malone (Sales) | |
| --Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings | |
| **June 2005 – Las Vegas, NV** (face-to-face & telephonic) | |
| --Rickie J. Poyner (Sales) | |
| --Accompanied by Young-Rang Spearman during face-to-face meetings | |
| **Sep 2005 – Pompano Beach, FL** (face-to-face) | |
| --Milton Henry & Moka McGee (Sales) | |
| **Apr 2007 – Waikiki Beach, HI** (face-to-face) | |
| --William P. Groten (Sales) | |
| --Accompanied by Young-Rang Spearman | |
| **2003-2007 – Various Locations** (face-to-face) | |
| --Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings | **Wyndham has the best cancellation policy in the industry, allowing owners to cancel up until 4pm of the day of check-in.** |

| | |
|---|---|
| **Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | |
| **7/3/2003 – Sevierville, TN** (face-to-face)<br>--"Larry" and Kirk Whaley (Sales)<br>**9/4/2003-2004 – Glade, TN** (face-to-face & telephonic)<br>--Stanford Bank, Butch Gunner, & Patrick Buck (Sales)<br>**3/19/2005 – Daytona Beach, FL** (face-to-face)<br>--Joshua S. Bagamery & Denny Weaver (Sales)<br>--Accompanied by Young-Rang Spearman<br>**3/21/2005-2006 – Edisto Beach, SC** (face-to-face, email, & telephonic)<br>--John E Westbrook, Jr, Laio Teixeira, & Huey Mitchum (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**May 2005 – Orlando, FL** (face-to-face)<br>--Ron Karran (Sales)<br>--Accompanied by Young-Rang Spearman<br>**May/June 2005 – Pagosa Springs, CO** (face-to-face)<br>--Tom Aiello, Neil Gundelach, & Robert Weidman (Sales)<br>**2/16/2006-8/2006 – Glade, TN** (face to face & telephonic)<br>--Fred W. Clark, Jr & Phillip Malone (Sales)<br>--Accompanied by Young-Rang Spearman and Donna Spearman during face-to-face meetings<br>**June 2005 – Las Vegas, NV** (face-to-face & telephonic)<br>--Rickie J. Poyner (Sales)<br>--Accompanied by Young-Rang Spearman during face-to-face meetings<br>**Sep 2005 – Pompano Beach, FL** (face-to-face)<br>--Milton Henry & Moka McGee (Sales)<br>**Apr 2007 – Waikiki Beach, HI** (face-to-face)<br>--William P. Groten (Sales)<br>--Accompanied by Young-Rang Spearman<br>**2003-2007 – Various Locations** (face-to-face)<br>--Various (can not recall all names); attended 25-30 other sales presentations where same misrepresentations were discussed | **Easy to make reservations and availability should never be an issue, except for major holidays.** |

44.     These representations were false.

45.     Plaintiffs reasonably relied upon these representations to their detriment.

46.     Defendants made these misrepresentations intentionally, recklessly, negligently and/or innocently.

47.     Plaintiffs have suffered damages as a result of Defendants' actions.

48.     Plaintiffs just recently discovered the full extent of the falsity of these representations and the true intent of the Defendants.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.   Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT II
### (Fraud in the Inducement)

49.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

50.     Defendants' misrepresentations induced Plaintiffs to purchase the subject vacation ownership interests.

51.     Plaintiffs reasonably relied on these misrepresentations to their detriment.

52.     Plaintiffs have suffered damages as a result.

53.     Plaintiffs just recently discovered the full extent of the falsity of these representations and the true intent of the Defendants.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.   Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT III
### (Suppression)

54.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

55.     Based upon the facts and circumstances of this particular case and the superior and virtually exclusive knowledge of the Defendants, Defendants had a duty to disclose to Plaintiffs their true intent to (a) eliminate and/or reduce the benefits offered to Plaintiffs under the Program; (b) systematically change and/or reduce the benefits offered to Plaintiffs under the Program to benefit the Defendants; (c) identify and target Mega Renters and implement changes to restrict and eliminate benefits and the ability to rent; and (d) analyze the negative financial impact caused by the Mega Renters and implement the changes and recommendations made in the Mega Renter Project.

56.     Defendants also had a duty to disclose that their reservation systems were inadequate to handle the services to be provided to the Plaintiffs.

57.     Defendants suppressed and failed to disclose these facts and intentions.

58.     Without the benefit of the suppressed information, the Plaintiffs reasonably acted to their detriment.

59.     Plaintiffs have been damaged as a result.

60.     Plaintiffs just recently discovered that these material facts were suppressed and concealed from them by the Defendants.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.   Plaintiffs pray for such other and further relief this Court deems appropriate.

### COUNT IV
### (Breach of Contract)

61.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

62.     Plaintiffs and Defendants entered into a contract.

63.     Plaintiffs performed all of their obligations under the contract.

64.     Defendants breached said contract.

65.     Plaintiffs were damaged as a result of said breach.

WHEREFORE, premises considered, Plaintiffs seek compensatory damages plus interest and costs.  Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT V
### (Wantonness)

66.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

67.     Defendants' behavior constitutes wanton behavior.

68.     As a result of Defendants' wanton behavior, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.   Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT VI
### (Breach of Fiduciary Duty)

69.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

70.     Based upon the special circumstances of this case, the relationship of the parties and the superior knowledge of the Defendants, the Defendants owed a fiduciary duty to the Plaintiffs.

71.     The Defendants breached their fiduciary duty.

72.     As a result of said breaches, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs. Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT VII
### (Negligence)

73. Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

74. Defendants owed a duty to Plaintiffs.

75. Defendants breached that duty.

76. The Wyndham reservations system simply cannot handle the volume of bookings and the Wyndham departments that handle deed and titling and fixed week conversions cannot handle the volume of purchases. Wyndham is behind on fixed week conversions and cannot adequately handle all the bookings, customer satisfaction points and other documentation required under the Program.

77. The merger of Wyndham and RCI's points programs made it increasingly difficult, and in many instances impossible, for owners to reserve space at their home resorts.

78. RCI is not capable of handling the administration of these programs resulting in substantial mistakes and errors.

79. As a result of said breaches, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs seek compensatory damages plus interest and costs. Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT VIII
### (Negligent Hiring, Training, Supervision and Retention)

80. Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

81.     Defendants owed Plaintiffs a duty to exercise reasonable care in the hiring, selection, training, supervision, and retention of their sales persons.

82.     Defendants failed to exercise reasonable care in the hiring, selection, training, supervision, and retention of their sales persons.

83.     As a proximate result of this negligence, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs seek compensatory damages plus interest and costs.  Plaintiffs pray for such other and further relief this Court deems appropriate.

**COUNT IX**
**(Wanton Hiring, Training, Supervision and Retention)**

84.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

85.     Defendants wantonly failed to exercise reasonable care in the hiring, selection, training, supervision, and retention of their sales persons.

86.     As a proximate result, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.  Plaintiffs pray for such other and further relief this Court deems appropriate.

**COUNT X**
**(Unjust Enrichment)**

87.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

88.     Defendants have been unjustly enriched.

WHEREFORE, premises considered, Plaintiffs seek compensatory and punitive damages plus interest and costs.  Plaintiffs pray for such other and further relief this Court deems appropriate.

## COUNT XI
### (For an Accounting against All Defendants)

89.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

90.     Plaintiffs have paid monies to the Defendants for the purchase of property interests and for maintenance, management and membership fees.

91.     As described herein, Plaintiffs allege that Defendants have not afforded adequate access and use to the home resorts purchased by Plaintiffs.

92.     No statement or account of Defendants' revenues and fees generated from Plaintiffs' property interests, including the revenues from all vacation club and point programs affiliated with the Defendants, has ever been made available to Plaintiffs.

93.     The number of individuals entitled to use Plaintiffs' fee simple property interests at their home resorts and the revenue generated by Defendants from the use of those property interests for all of its affiliated vacation clubs and point program members, can only be ascertained through a full and complete accounting.

94.     Plaintiffs therefore request an accounting describing the number and rights of individuals that are entitled to use the fee simple property interests owned by Plaintiffs and the revenues generated by Defendants from all sources for the fee simple property interests owned by Plaintiffs.

## COUNT XII
### (For Injunctive Relief against Defendants)

95.     Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

96.      Plaintiffs seek injunctive relief enjoining Defendants from taking any further acts that have the effect of diluting and devaluing the ownership interests owned by Plaintiffs and to reinstate prior benefits which have unlawfully and improperly been eliminated.

97.      Plaintiffs do not have a plain, adequate, speedy or complete remedy at law to address the wrongs alleged in this Complaint and will suffer irreparable harm as a result of Defendants' misconduct unless injunctive relief is granted.

98.      By reason of the foregoing, Plaintiffs are entitled to injunctive relief as set forth above.

## COUNT XIII
### (Civil Conspiracy to Commit Fraud, Fraudulent Inducement and Suppression)

99.      Plaintiffs repeat and reaver the allegations in the foregoing paragraphs as if fully set forth herein.

100.      Defendants conspired to defraud the Plaintiffs as set forth above.

101.      Defendants conspired to fraudulently induce Plaintiffs to purchase ownership points as set forth above.

102.      Defendants conspired to suppress information from the Plaintiffs as set forth above.

103.      As a result of said conspiracy, Plaintiffs have suffered damages.

WHEREFORE, premises considered, Plaintiffs request compensatory and punitive damages, plus interest and costs of this action.

This the 18th day of November, 2011.

## PLAINTIFFS DEMAND A TRIAL BY STRUCK JURY.

_s/ W. Percy Badham III_____
W. Percy Badham III (ASB-2147-D51W)
Brannon J. Buck (ASB-5848-K56B)
Brett A. Ialacci (ASB-7679-E67I)

OF COUNSEL:
BADHAM & BUCK, LLC
2585 Wells Fargo Tower
420 20th Street North
Birmingham, Alabama  35203
Phone: (205) 521-0036
Facsimile: (205) 521-0037

_s/ R. Matthew Glover_____
R. Matthew Glover (ASB-7828-A43G)

OF COUNSEL:
PRINCE GLOVER LAW
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama35406
Phone: (205) 345-1234
Facsimile: (205) 752-6313

_s/ Kent M. McCain_____
Kent M. McCain (ASB-8570-E56M)
Attorneys for Plaintiffs

OF COUNSEL:
MCCAIN LAWYERS, LLC
2003 McCain Parkway, Ste. 200
Pelham, Alabama 35124
Phone: (205) 663-3000
Facsimile: (205) 409-0535

32

**PLEASE SERVE THE COMPLAINT ON THE FOLLOWING DEFENDANTS:**

WYNDHAM VACATION RESORTS, INC
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

WYNDHAM VACATION OWNERSHIP
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525

RESORT CONDOMINIUMS INTERNATIONAL, LLC
c/o Registered Agent
Corporation Service Company
1201 Hays Street
Tallahassee, Florida 32301-2525